KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94l02
   Telephone: (4l5) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> NANCY PUA, ) <br> JOHNNY LEE TAN, and ) <br> KEVIN PUA ) <br> ) <br>    Defendants. ) <br> ) | No. CR 06-0030 JSW <br><br> [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |

    With the agreement of the defendants Johnny Lee Tan and Kevin Pua in open court on February 23, 2006, the Court enters this order (1) setting a hearing on March 9, 2006 at 2:30 p.m. before the Honorable Jeffrey S. White and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 23, 2006 to March 9, 2006. The Court finds and holds, as follows:

    1.    The defendants Johnny Lee Tan and Kevin Pua appeared before the Court on February 23, 2006. Counsel informed the Court that the defendant Nancy Pua had been arrested in Los Angeles and was being transported in custody to this District. Counsel for all three defendants needs additional time to review discovery to be produced by the government and to determine whether counsel would continue to represent all three defendants in this matter.

[PROPOSED] ORDER RE: EXCLUSION OF TIME
CR 06-0030 JSW

Continuing the case until March 9, 2006 will give counsel an opportunity to accomplish these objectives.

2. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until March 9, 2006 is necessary for effective preparation of counsel and continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from February 23, 2006 to March 9, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendants, the Court (1) sets a hearing for March 9, 2006 at 2:30 p.m. before the Honorable Jeffrey S. White and (2) orders that the period from February 23, 2006 to March 9, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: March 13, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge

[PROPOSED] ORDER RE: EXCLUSION OF TIME
CR 06-0030 JSW                    -2-