KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94l02
    Telephone: (4l5) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0030 JSW |
|---|---|---|
|     Plaintiff, | ) | |
|     v. | ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| NANCY TAN, JOHNNY LEE TAN, and KEVIN PUA, | ) | |
|     Defendants. | ) | |

    With the agreement of the parties in open court on March 23, 2006, and with the consent of the defendants Nancy Tan, Johnny Lee Tan and Kevin Pua, the Court enters this order (1) setting a hearing on June 15, 2006 at 2:30 p.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 23, 2006 to June 15, 2006. The parties agree, and the Court finds and holds, as follows:

    1.    All three defendants appeared before the Court with counsel on March 23, 2006. Counsel informed the Court that over 1,000 pages of discovery had already been produced to counsel for the defendants and that several additional boxes of discovery would be produced in the near future. Further, counsel informed the court that the United States had several computers in its possession and would make available to defense counsel imaged copies of the computers containing the most significant evidence identified to date by the United States. Counsel for each

STIPULATION & [PROPOSED] ORDER RE:
EXCLUSION OF TIME [CR 06-0030 JSW]

1 of the defendants needs time to review the large amount of discovery to be produced and to be
2 made available by the government. Continuing the case until June 15, 2006 will give counsel
3 some opportunity to accomplish this objective.

4     2. The Court finds that, taking into the account the public interest in the prompt
5 disposition of criminal cases, granting the continuance until June 15, 2006 is necessary based on
6 the complex nature of this case arising from the large amount of discovery and based on effective
7 preparation of counsel. See 18 U.S.C. § 3161(h)(8)(B)(ii) & (iv). Given these circumstances, the
8 Court finds that the ends of justice served by excluding the period from March 23, 2006 to June
9 15, 2006 outweigh the best interest of the public and the defendants in a speedy trial. Id.
10 § 3161(h)(8)(A).

11     3. Accordingly, and with the consent of the defendants, the Court (1) sets a hearing
12 for June 15, 2006 at 2:30 p.m. and (2) orders that the period from March 23, 2006 to June 15,
13 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(ii)
14 & (iv).

15 SO STIPULATED.

16 DATED:_____      /S/
17     KYLE F. WALDINGER
    Assistant United States Attorney

18

19 DATED:_____      /S/
20     EDWARD HUNG
    Attorney for the defendant Nancy Tan

21

22 DATED:_____      /S/
    SHANA KEATING
23     Attorney for the defendant Johnny Lee Tan

24 DATED:_____      /S/
    DAVID FERMINO
25     Attorney for the defendant Kevin Pua

26 IT IS SO ORDERED.

27 DATED: May 11, 2006
28     JEFFREY S. WHITE
    United States District Judge

STIPULATION & [PROPOSED] ORDER RE:
EXCLUSION OF TIME [CR 06-0030 JSW]       -2-