UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>NANCY PUA, et al.<br><br>　　　　Defendants. | No. CR-06-0030-JSW<br><br>[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT DEFENDANT'S TRAVEL TO THE PHILIPINNES TO ATTEND MOTHER'S FUNERAL |

The defendant has requested that her conditions of pretrial release be modified to permit travel to the Philippines so that she may attend her mother's funeral. The government opposes this request and pretrial services recommends against the defendants' request.

After considering the arguments of counsel, the Court hereby GRANTS the defendant's request to travel and sets the following conditions on this travel:

*PROPOSED] ORDER
MODIFYING CONDITIONS OF
RELEASE TO PERMIT DEFENDANT'S
TRAVEL TO THE PHILIPINNES
TO ATTEND MOTHER'S FUNERAL*

- 1 -

1. defendant is allowed to travel to Manila, Philippines between June 28, 2006 and must return to the United States no later than July 9, 2006 to attend her mother's funeral;

2. defendant may stop in Taipei to transfer flight but is not allowed to leave Taipei Airport;

3. defendant shall fax her airlines tickets to her pretrial services officer before leaving San Francisco;

4. defendant shall call her pretrial services officer within 48 hours of arrival in the Philippines;

5. defendant shall return her United States passport to the United States District Court Clerk's office by noon on July 10, 2006.

SO ORDERD.

Dated: 2 June 06

Honorable Bernard J. Zimmerman

PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT DEFENDANT'S TRAVEL TO THE PHILIPINNES TO ATTEND MOTHER'S FUNERAL

- 2