1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney
2
     MARK L. KROTOSKI (CSBN 138549)
3    Chief, Criminal Division

4    KYLE F. WALDINGER (ILSB 6238304)
     Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94l02
        Telephone: (4l5) 436-6830
7       Facsimile: (415) 436-7234

8    Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,        )    No. CR 06-0030 JSW
                                       )
13          Plaintiff,                 )
                                       )
14          v.                         )    STIPULATION AND [PROPOSED]
                                       )    ORDER DOCUMENTING
15   NANCY TAN, JOHNNY LEE TAN, and    )    EXCLUSION OF TIME
     KEVIN PUA,                        )
16                                     )
            Defendants.                )
17   ─────────────────────────────────)

18          With the agreement of the parties in open court on June 15, 2006, and with the consent of

19   the defendants Nancy Tan, Johnny Lee Tan and Kevin Pua, the Court enters this order (1) setting

20   a hearing on September 28, 2006 at 2:30 p.m. and (2) documenting the exclusion of time under

21   the Speedy Trial Act, 18 U.S.C. § 3161, from June 15, 2006 to September 28, 2006.  The parties

22   agree, and the Court finds and holds, as follows:

23          1.      All three defendants appeared before the Court with counsel on June 15, 2006.

24   Counsel informed the Court that the government had produced a large amount of discovery and

25   that defense counsel were in the process of obtaining several additional boxes of discovery, as

26   well as images of numerous computers.  Further, new counsel had just been appointed to

27   represent the defendant Nancy Tan, and new counsel had been assigned in the Federal Public

28   Defender's Office to represent the defendant Kevin Pua.  Given the complexity of the case, these

new attorneys need time to review the discovery that has already been produced, and all counsel

need additional time to review the discovery that has not yet been obtained.  Continuing the case

until September 28, 2006 will give counsel the opportunity to accomplish all of these objectives.

2.      The Court finds that, taking into the account the public interest in the prompt

disposition of criminal cases, granting the continuance until September 28, 2006 is necessary

based on the complex nature of this case arising from the large amount of discovery and based on

effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(ii) & (iv).  Given these

circumstances, the Court finds that the ends of justice served by excluding the period from June

15, 2006 to September 28, 2006 outweigh the best interest of the public and the defendants in a

speedy trial.  Id. § 3161(h)(8)(A).

3.      Accordingly, and with the consent of the defendants, the Court (1) sets a hearing

for September 28, 2006 at 2:30 p.m. and (2) orders that the period from June 15, 2006 to

September 28, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C.

§ 3161(h)(8)(A) & (B)(ii) & (iv).

SO STIPULATED.

DATED: June 21, 2006                          /S/
                                             KYLE F. WALDINGER
                                             Assistant United States Attorney


DATED: June 21, 2006                          /S/
                                             STEVEN GRUEL
                                             Attorney for the defendant Nancy Tan

DATED: July 10, 2006                          /S/
                                             SHANA KEATING
                                             Attorney for the defendant Johnny Lee Tan

DATED: June 23, 2006                          /S/
                                             STEVEN KALAR
                                             Attorney for the defendant Kevin Pua

IT IS SO ORDERED.

DATED: July 17, 2006                         _Jeffrey S. White_
                                             JEFFREY S. WHITE
                                             United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER RE:
EXCLUSION OF TIME [CR 06-0030 JSW]          -2-