```
 1  SHANA KEATING
    Attorney at Law
 2  1934 Divisadero Street
    San Francisco, CA 94115
 3  415/567-9422
    fax 776-8047
 4  SBN 160900

 5
    Attorney for Defendant
 6  JOHNNY LEE TAN

 7
```

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,              Case No. CR 06-0030 JSW

13           Plaintiff,                    STIPULATION AND ORDER (PROPOSED)

    vs.                                    DENYING REQUEST FOR
14                                         CONTINUANCE

15  NANCY PUA, Et Al.,

16           Defendants.
                                    /
17

18      With the agreement of the parties, the Court enters this order (a) setting a new hearing date

19  for November 2, 2006 at 2:30 p.m. and (b) excluding time under the Speedy Trial Act from

20  September 28, 2006 to November 2, 2006.

21      1.  This is a complex case involving more than 16,000 pages of discovery, 12 seized

22  computers and two hard drives.  Defense counsel's review of this discovery is ongoing and time-

23  consuming.  (See attached declaration of counsel).

24      2.  Also, counsel have been discussing various motions and have begun settlement

25  negotiations with the Assistant United States Attorney assigned to this case.

26      3.  November 2, 2006 is the next available date for the undersigned counsel, given the

27  existence of previously-scheduled conflicts.

28

4. The parties agree and the Court finds and holds, that the time from September 28, 2006 to November 2, 2006 should be excluded under the Speedy Trial clock. Failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. section 3161(h)(8)(B)(iv).

5. The parties also agree and the Court finds and holds that failure to grant a continuance would unreasonably deny the parties continuity of counsel based on the existence of previously-scheduled case conflicts.

6. The parties agree, and the Court finds and holds, that the ends of justice served by excluding time from September 28, 2006 to November 2, 2006 outweigh the interest of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. section 3161(h)(A).

7. Accordingly, the Court (a) sets a new hearing date of November 2, 2006 at 2:30 p.m. and (b) orders that the period from September 28, 2006 to to November 2, 2006 be excluded from the Speedy Trial Act calculations under 18 U.S.C. section 3161(h)(8)(A) & (B)(I) & (iv).

IT IS SO ORDERED.

DATED: _____
HON. JEFFREY S. WHITE
United States District Judge

STIPULATED:

DATED:      /s/ Shana Keating_____
SHANA KEATING
Attorney for Defendant
JOHNNY LEE TAN

DATED:      /s/ Steven Gruel_____
STEVEN GRUEL
Attorney for Defendant
NANCY PUA

DATED: _____
KYLE WALDINGER
Assistant United States Attorney

THE REQUEST FOR A CONTINUANCE IS DENIED AND THE PARTIES AND THEIR CLIENTS SHALL APPEAR AS SCHEDULED ON SEPTEMBER 28, 2006 AT 2:30 P.M.

September 27, 2006

*/s/ Jeffrey S. White*