KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0030 JSW |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |
| NANCY TAN and JOHNNY LEE TAN, | |
| Defendants. | |

    With the agreement of the parties in open court on September 28, 2006, and with the consent of the defendants Nancy Tan and Johnny Lee Tan, the Court enters this order (1) setting a hearing on November 30, 2006 at 2:30 p.m. with respect to the defendants Nancy Tan and Johnny Lee Tan and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 28, 2006 to November 30, 2006. The parties agree, and the Court finds and holds, as follows:

    1.    The defendants appeared before the Court with counsel on September 28, 2006. Counsel informed the Court that the government had produced a large amount of discovery, including a large amount of digital discovery. Given the complexity of the case and the voluminous discovery, counsel for the defendants need additional time to review the discovery that has been and will be produced. Continuing the case until November 30, 2006 will give the

STIPULATION & [~~PROPOSED~~] ORDER RE:
EXCLUSION OF TIME [CR 06-0030 JSW]

1  defendants the opportunity to accomplish these objectives.

2      2.    The Court finds that, taking into the account the public interest in the prompt
3  disposition of criminal cases, granting the continuance until November 30, 2006 is necessary
4  based on the complex nature of this case arising from the large amount of discovery and based on
5  effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(ii) & (iv).  Given these
6  circumstances, the Court finds that the ends of justice served by excluding the period from
7  September 28, 2006 to November 30, 2006 outweigh the best interest of the public and the
8  defendants in a speedy trial.  Id. § 3161(h)(8)(A).

9      3.    Accordingly, and with the consent of the defendants Nancy Tan and Johnny Lee
10 Tan, the Court (1) sets a hearing for November 30, 2006 at 2:30 p.m. and (2) orders that the
11 period from September 28, 2006 to November 30, 2006 be excluded from Speedy Trial Act
12 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

13 SO STIPULATED.

14 DATED: 10/31/2006                                         /S/
15                                         KYLE F. WALDINGER
                                        Assistant United States Attorney

17 DATED: 10/27/06                                          /S/
18                                         STEVEN GRUEL
                                        Attorney for the defendant Nancy Tan

20 DATED: 10/31/06                                          /S/
21                                         SHANA KEATING
                                        Attorney for the defendant Johnny Lee Tan

IT IS SO ORDERED.

DATED: November 1, 2006                          /s/ Jeffrey S. White
                                                  JEFFREY S. WHITE
                                                  United States District Judge

STIPULATION & [PROPOSED] ORDER RE:
EXCLUSION OF TIME [CR 06-0030 JSW]      -2-