KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0030 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| NANCY TAN and JOHNNY LEE TAN, | |
| Defendants. | |

    With the agreement of the parties in open court on January 11, 2007, and with the consent of the defendants Nancy Tan and Johnny Lee Tan, the Court enters this order (1) setting a hearing on February 8, 2007 at 2:30 p.m. with respect to the defendants Nancy Tan and Johnny Lee Tan and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 11, 2007 to February 8, 2007.  The parties agree, and the Court finds and holds, as follows:

    1.    The defendants appeared before the Court with counsel on January 11, 2007.  This Court had previously made a finding of complexity in this case, based on the large amount of paper and digital discovery that had been produced in the case.  Counsel informed the Court that the government and the defendant Johnny Lee Tan were near an agreement with respect to the disposition of the case, and that it was also possible that the government and Nancy Tan would

agree to a disposition.  Given the complexity of the case and the voluminous discovery, counsel for the defendants need additional time to review the discovery, discuss the case with the prosecutor, and determine how to advise their clients regarding disposition of the case. Continuing the case until February 8, 2007 will give the defendants the opportunity to accomplish these objectives.

     2.     The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until February 8, 2007 is necessary based on the complex nature of this case arising from the large amount of discovery and based on the need for effective preparation of defense counsel.  See 18 U.S.C. § 3161(h)(8)(B)(ii) & (iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 11, 2007 to February 8, 2007 outweigh the best interest of the public and the defendants in a speedy trial.  Id. § 3161(h)(8)(A).

     3.     Accordingly, and with the consent of the defendants Nancy Tan and Johnny Lee Tan, the Court (1) sets a hearing for February 8, 2007 at 2:30 p.m. and (2) orders that the period from January 11, 2007 to February 8, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

IT IS SO ORDERED.

DATED: January 22, 2007

_____
JEFFREY S. WHITE
United States District Judge