STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Nancy Pua

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-06-00030-JSW |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| | ) ORDER REMOVING PRETRIAL |
| Vs. | ) RELEASE CONDITION OF |
| | ) ELECTRONIC MONITORING |
| NANCY PUA, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendant Nancy Pua, by and through their attorney, Steven F. Gruel, hereby requests that the condition of her pretrial release requiring electronic monitoring [electronic bracelet] be removed. Ms. Pua has pleaded guilty in this case and is scheduled to be sentenced on August 30, 2007. Since Ms. Pua's appearance before this Court regarding her curfew violations she has been in compliance with her pretrial release conditions.

The government does not oppose and stipulates to this defense request. Further, the pretrial service officer assigned to Ms. Pua's case has been contacted and concurs in this defense request.

All other conditions of Ms. Pua's pretrial release shall remain in effect.

SO STIPULATED:

DATED: May 16, 2007

> /s/
> STEVEN F. GRUEL,
> Attorney for Nancy Pua

DATED: May 16, 2007    /s/
KYLE WALDINGER
Assistant United States Attorney

[PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the condition of defendant Nancy Pua's pretrial release requiring electronic monitoring [electronic bracelet] is hereby removed. All other conditions of Ms. Pua's pretrial release shall remain in effect.

IT IS SO ORDERED.
5/17/2007

HONORABLE JEFFREY S. WHITE
United States District Court

STIPULATION AND [PROPOSED] ORDER REMOVING PRETRIAL
RELEASE CONDITION OF ELECTRONIC MONITORING

- 2