1
STEVEN F. GRUEL (CSBN 213148)
Attorney at Law
2

3
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
4
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net
5

Attorney for Nancy Pua
6

7

UNITED STATES DISTRICT COURT
8

NORTHERN DISTRICT OF CALIFORNIA
9

SAN FRANCISCO DIVISION
10

11   UNITED STATES OF AMERICA,          )   No. CR-06-00030-JSW (BZ)
                                        )
12              Plaintiff,              )   STIPULATION AND [PROPOSED]
                                        )   ORDER PERMITING  MODIFICATION OF
13         Vs.                          )   PRETRIAL CONDITIONS TO PERMIT
                                        )   TRAVEL TO LOS ANGELES
14   NANCY PUA, et al.                  )
                                        )
15              Defendants.             )
                                        )
16                                      )
                                        )
17   _____)

18       Defendant Nancy Pua, by and through their attorney, Steven F. Gruel, hereby requests that

19   her conditions of pretrial release be modified to permit travel to Los Angeles, California from

20   September 22, 2007 to September 24, 2007.  Ms. Pua has a small claims matter pending in

21   Southern California that is scheduled for hearing on September 24, 2007. The government does

22   not oppose and stipulates to this defense request.  Further, Betty Kim, the pretrial service officer

23

24   assigned to Ms. Pua's case has been contacted and does not object to this defense request.  Ms.

25

26   STIPULATION AND [PROPOSED] ORDER PERMITING  MODIFICATION
        OF PRETRIAL CONDITIONS TO PERMIT TRAVEL TO LOS ANGELES

1  Kim has been provided with the address of and telephone number for the location where Ms. Pua

2  will be staying in Southern California

3      All other conditions of Ms. Pua's pretrial release shall remain in effect.

4  SO STIPULATED:

5

6  DATED: 9/19/07                __/s/_____
                                   STEVEN F. GRUEL,
7                                  Atorney for Nancy Pua

8

9   DATED:  9/19/07

10                               __/s/_____
                                  KYLE WALDINGER
11                                Assistant United States Attorney

12

13                        [PROPOSED]  ORDER

14      PREDICATED on the above stipulation and GOOD CAUSE APPEARING,

15  defendant Nancy Pua's  pretrial release conditions are modified to allow travel to Los Angeles,

16  California as stated in the above stipulation. All other conditions of Ms. Pua's pretrial release

17  shall remain in effect.

18

19  IT IS SO ORDERED.
        September 21, 2007        _____
20                               HONORABLE BERNARD ZIMMERMAN
                                  United States Magistrate Judge
21

22

23

24

25

26         STIPULATION AND [PROPOSED] ORDER PERMITING  MODIFICATION
            OF PRETRIAL CONDITIONS TO PERMIT TRAVEL TO LOS ANGELES

                                  - 2