UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR 06-0030 JSW |
| | ) | |
| Plaintiff, | ) | ~~[PROPOSED]~~ FINAL ORDER |
| | ) | OF FORFEITURE |
| v. | ) | |
| | ) | |
| NANCY TAN PUA, | ) | |
| a/k/a Nancy Tan, | ) | |
| a/k/a Nancy Pua, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 29, 2008, the Court entered an Amended Preliminary Order of Forfeiture against the items listed in Attachments A and B ("subject property").

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been  filed.

THEREFORE, it is ordered that the subject property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 982. All right, title and interest in said subject property is vested in the United States of America.  The United States Marshal shall dispose of the forfeited subject property according to law.

IT IS FURTHER ORDERED THAT pursuant to the terms stated in Footnote 1 of the Application for Final Order of Forfeiture, the appropriate federal agency shall cause a check in

///

1  the amount of $2,479.65 to be made payable to the "United States District Court", with an

2  indication on the memo line of the check to read "Nancy Pua, 06-CR-0030 JSW" and delivered

3  to AUSA Kyle F. Waldinger, posthaste.  This amount is not subject to forfeiture pursuant to this

4  order.

5

6  Dated:  March 4, 2009                              _____

7                                                     JEFFREY S. WHITE
                                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR A FINAL ORDER OF FORFEITURE                                    2
CR 06-0030 JSW

## ATTACHMENT A

| ATTACHMENT A | |
|---|---|
| | **Description** |
| A00052724 | $1190.00 USD |
| A01103337 | $135.00 USD |
| A01152129 | $12,069 USD & Approx $10,001 in foreign currency |
| A00053222 | $1,958 USD |
| A00316905 | $281 USD |
| A01152133 | Foreign Currency Japanese Yen 59,000 |
| A000278398 | 20 Wallets |
| A00053178 | One empty brown Gucci box |
| A00055319 | 7 handbags |
| A00053180 | One black cloth-like boot; one hat - black; one beige shoe in grey box |
| A00053181 | 16 purses |
| A00053182 | 7 handbags |
| A00053183 | 7 bags |
| A00053179 | 19 black belts |
| A00053201 | 6 handbags |
| A00053202 | 3 handbags |
| A00053203 | 10 handbags |
| A00053213 | One bag |
| A00053214 | 14 empty boxes |
| A00053215 | Sunglasses, cases and straps |
| A00053216 | 13 purses |
| A00053217 | 3 purses |
| A00053218 | One rubber stamp with: Labellove, 3288 Pierce St. #C103, Richmond CA 94804 |
| A00053221 | Receipts w/credit card sales, office top shelf, inv notebook paper w/sales info |
| A00053223 | 51 empty boxes |
| A00053224 | 7 hats; 12 handbags; 4 fanny packs |
| A00053225 | Pink folder containing product merchandise behind safe in office |
| A00053226 | 45 wallets |
| A00053228 | 18 handbags |
| A00053229 | 40 wallets |
| A00053230 | Sony Vaio Laptop PCG-XG9 S/N 283035303004353 |
| A00054802 | 10 bags |
| A00054803 | 16 handbags |
| A00054804 | 20 purses/handbags |
| A00054805 | 5 pairs of shoes in boxes |
| A00055314 | 10 bags |
| A00055315 | 10 bags |
| A00055316 | 4 waist bags; 13 handbags; 3 hats |

## ATTACHMENT A

|  | Description |
|---|---|
| A00055317 | 20 wallets |
| A00055318 | 20 handbags/wallets |
| A00055320 | 4 handbags |
| A00055321 | 10 handbags |
| A00055322 | 20 empty boxes |
| A00055323 | 5 boxed pairs of shoes |
| A00055324 | 13 handbags |
| A00055325 | 28 purses/handbags |
| A00055326 | 12 handbags |
| A00055327 | 7 unmatched shoes; one blouse |
| A00055328 | 6 handbags |
| A00055330 | 8 handbags |
| A00055331 | 15 handbags |
| A00055332 | 11 handbags |
| A00055333 | 20 purses |
| A00055334 | 7 handbags |
| A00278302 | Black notebook w/sales info on daily basis; invoice tags w/plastic folder |
| A00278303 | Phone message book; business docs; purchase book-phone #'s |
| A00278304 | 14 purses |
| A00278305 | 17 handbags |
| A002783394 | 6 boxed pairs of shoes |
| A00278350 | Dell Deminson XPX Pro 200n S/N 76T4K |
| A00278351 | Memorex thumb drive 128 MB & Green floppy disk |
| A00278352 | 4 handbags |
| A00278353 | 3 handbags |
| A00278354 | 5 handbags |
| A00278355 | 7 handbags |
| A00278356 | 4 handbags |
| A00278357 | 3 handbags |
| A00278358 | 3 handbags |
| A00278359 | 10 bags |
| A00278374 | Descriptions of merchandise, plastic binders w/merch info; folders w/monthly sum |
| A00278375 | 14 handbags |
| A00278376 | Prada & Gucci product/merchandise |
| A00278377 | 10 bags |
| A00278378 | 2 pr boots in boxes; 2 pr shoes in boxes |
| A00278379 | 8 bags |
| A00278395 | 4 bags |
| A00278396 | 15 handbags |

## ATTACHMENT A

| | Description |
|---|---|
| A00278397 | 20 Wallets |
| A00278399 | 6 handbags |
| A00285973 | 7 keychains |
| A00285982 | One store policy sign; one standard letter to Thuy Huynh |
| A00285984 | 10 hats |
| A00285985 | 12 handbags |
| A00316901 | 3 handbags |
| A00316904 | 61 prs sunglasses from display and storage |
| A00316906 | Price labels; label love; invoices yellow tags |
| A00316907 | 7 handbags |
| A00316908 | 8 handbags |
| A00316640 | 12 empty boxes |
| A00316641 | 13 handbags |
| A01103331 | Ebill 41577522060993 Apr 22 2004 |
| A00113339 | Financial docs |
| A00113335 | 3 Gucci bags; 1 Luis Vitton bag |
| A00113333 | 2 pieces paper w. email address |
| A00113334 | Louis Vitton luggage |
| A00113338 | Financial docs (9) |
| A001133348 | Bulk financial documents |
| A001133340 | Blue folder w financial docs |
| A001133341 | Financial docs/drawer 3 file |
| A011033349 | Financial docs desk |
| A011033343 | Prada wallet desk |
| A011033344 | Black and gray Gucci bag and wallet |
| A011033342 | Financial docs from folders/desk |
| A00052701 | One file folder containing 3 pgs - labeled Brandstogo |
| A00052702 | 2 empty boxes, asst belt buckles, 8 cellphone straps; authenticity cards |
| A00052703 | 63 key holders in boxes |
| A00052704 | 2 empty boxes, prod labels & inserts; designer tags; 3 bags; 4 wallets; 5 belts |
| A00052705 | 40 shirts; one belt; 44 "Gucci" cloth covers |
| A00052706 | 204 cloth bags |
| A00052707 | Business records related to counterfeit handbags |
| A00052708 | Financial documents (check & atm card) |
| A00052709 | Accounting; shipping; computer records |
| A00052710 | CD's/bank statements Luxe Corp; FedEX statements, catalogs, internet orders |
| A00052711 | Invoices Yahoo e-mail other docs Vinton labels & merchandise |
| A00052712 | Box of US Mail w/internet orders inside |
| A00052713 | Blue plastic folder docs/"Gucci merch, inv, fabric smpls, yahoo info spred w/web |

## ATTACHMENT A

|  | Description |
|---|---|
| A00052714 | 12 Gucci bags; 7 Prada bags; one no name bag |
| A00052715 | Prada gift cards w/labels & bar codes |
| A00052716 | Incoming Pay Pal faxes |
| A00052717 | US Mail; Doc re: shipping merchandise |
| A00052721 | CMRA forms; EDD rec; bank reg/stubs; label recp; inv; bill of lading; swatches |
| A00052722 | Financial records related to handbag business |
| A00052723 | 31 Prada bags & one Gucci hat |
| A00052725 | Correspondence/customs attorney |
| A00052726 | Fabric samples for handbags |
| A00052727 | Wells Fargo receipts; invoices time cards; CMRA info, E-Bay info |
| A00052728 | Business records related to counterfeit handbags |
| A00052729 | Business records related to counterfeit handbags |
| A00052731 | One wallet; 3 bags; one cloth cover |
| A00052732 | 6 belt buckles; 7 bags; 4 purses; 4 belts; one purse |
| A00052735 | 40 cloth Prad pouches; 3 belts |
| A00052737 | 62 Gucci wrappings; one backpack; 2 boxes of buttons; keys 2 stacks of bus. Cards |
| A00052738 | Box of files |
| A00052739 | 74 wallets in box; 26 bags from grey bins |
| A00052740 | 32 bags in box |
| A00052741 | 72 wallets in boxes in main box |
| A00052742 | 74 bags in box |
| A00052743 | 6 wallets; 8 bags |
| A00052744 | 22 bags in box |
| A00052745 | 63 bags; 16 wallets in box |
| A00052746 | 9 bags in box |
| A00052747 | Business records relating to coutnerfeit handbags |
| A00052748 | Business records relating to coutnerfeit handbags |
| A00052749 | Business records relating to coutnerfeit handbags |
| A00052750 | Business records relating to coutnerfeit handbags |
| A00052771 | 89 wallets |
| A00052772 | 5 handbags |
| A00052777 | 80 Gucci cell phone straps |
| A00052778 | One belt; 5 bags |
| A00052791 | 7 CD's in plastic case; one loose CD, one floppy; 16 CDs on spindle |
| A00052792 | Mitsumi CR-4824TU external USB CD-R/RW s/n: OK18XE0016 w/AC adap & USB cable |
| A00052797 | Business records |
| A00052798 | 7 belts; 4 Armani boxes; 23 cloth covers; sht of designer lbls Fendi ins cds |
| A00055335 | 24 bags in a box |
| A00055336 | 16 bags; 5 wallets |

## ATTACHMENT A

|  | Description |
|---|---|
| A00055337 | 10 priority boxes USPS taped for mailing |
| A00055338 | One wallet; 39 bags; one pay pal detail for Ms. R Jones |
| A00055339 | 52 bags |
| A00055340 | 50 bags |
| A00055341 | 60 bags |
| A00055342 | 8 boxes priority mail sealed for shipping |
| A00055343 | 22 priority boxes taped for shipping |
| A00055344 | Fabric samples |
| A00055345 | Compaq Presario Desktop s/n: R116FPN80061 w/cable; mouse & keyboard |
| A00055346 | 8 boxes priority mail sealed for shipping |
| A00055347 | 10 boxes priority mail sealed for shipping |
| A00055350 | 8 boxes priority mail sealed for shipping |
| A00055351 | 24 bags |
| A00055352 | 1 pg handwrtn notes & one wallet-table one; 14 bags - table two |
| A00055353 | Nurit 3010 ESN 031/11/142556 in box not connected |
| A00055354 | USB 4 Port hub w/attached Lexar Jumpdrive |
| A00055355 | Sony Memorystick reader/writer s/n: 3262611 containing 64 MB memstk, USB cable |
| A00055356 | Link Sys Router s/n: C2210C805254 w/AC adapter |
| A00055357 | Dell Dimension XPS B533R s/n: E6SVE USB mouse cats cable, K/B |
| A00055358 | San Disk Cruzer Mini 512 MB thumb drive |
| A00055359 | Dell Dimension 8200 w/mouse K/B Cats s/n BJNQ411 |
| A00055360 | Compaq DestPro Desktop s/n: R133DD2D0109 w k/b & mouse |
| A00055361 | 6 bags |
| A00055362 | 14 handbags black |
| A00055364 | Product listing & prices including codes |
| A00055365 | Gucci belts |
| A00055375 | Pay pal website; payment detail receipts |
| A00055376 | Pelouze digital scale s/n: 1000008806 |
| A00055377 | 10 gear 10N firewire/USB ext HDD s/n: OUZCUSDZ111461 USB cable AC adapter |
| A00055379 | Sony Vaio laptop mouse, s/n: 3127807 AC adapter |
| A00055380 | Sandisk thumbdrive cruzer mini 128 MB & USB cable |
| A00055385 | Fujitsu Lifebook laptop s/n: R2Z0643 in Prada bag, CD's and AC adapter |
| A00285237 | 10 pr sunglasses; 4 cloth covers; 2 bags |
| A00285238 | 7 bags in plastic bags |
| A00285974 | Light grey Brinks safe |
| A00285975 | Container containing business records |
| A00285976 | 1 pr boots in original box |
| A00285977 | 11 key holders; 4 wallets |
| A00285979 | Unopened returned box, Express Mail, had been sent to Kuwait |

## ATTACHMENT A

|  | Description |
|---|---|
| A00285981 | 3 textile bags; paper lining; 3 textile purses; plastic bags |
| A00285986 | Priority pkg to Linda Thomas, PO Box 1795, Chula Vista CA 91912 |
| A00285987 | Business records for handbag sales |
| A00285988 | Shipping and sales documents |
| A00285989 | 12 CD-R's w/pictures & sales invoice info |
| A00285991 | Shipping documents |
| A00285961 | 16 black bags |
| A00285962 | 20 wallets |
| A00285963 | 20 wallets |
| A00285964 | 20 wallets |
| A00285965 | 20 wallets |
| A00285966 | 12 wallets in sm boxes; one wallet in plastic bag all in box |
| A00285967 | 29 wallets, one bag in box |
| A00285968 | 20 wallets |
| A00285969 | 7 bags |
| A00285970 | 89 Gucci cell phone straps |
| A00285971 | One wallet, 4 bags |
| A00285972 | 20 wallets |
| A00401782 | 20 wallets |
| A00401783 | 20 bags |
| A01152127 | 2 Christian Dior skirts; one unmarked shirt |
| A01152130 | Customs docs, fin rec, bnk chkbks, registers, crd crds, day plan, internet docs |
| A01152131 | Daytmrs w/fin info; air tix; CA ID Carl Poanasuk; SS card; safety dept box keys |
| A01152132 | FedEX label, checkbooks, CMRA info |
| A01152134 | Manila folders fin docs; bus info; tax returns; invoices; disbursement journal |
| A01152135 | Blue & clear binder containing product/merchandise info |
| A01152136 | Vodaphone invoice, merchandise tags receipts, financial docs |
| A01152137 | Credit card; merchandise tags; box rental receipts; invoices |
| A01152138 | USPS FedEX invoices, mail labels, blk binder, 2002 Acct sales |
| A01152139 | Invoices, back files, Western Union Recp, USPS return recpts |
| A01152140 | 2 diskettes |
| A01152141 | 10 handbags |
| A01152142 | 11 handbags |
| A01152143 | 13 handbags |
| A01152144 | 10 handbags |
| A01152145 | 2 bags photographed as examples by import specialist |
| A01152146 | 2002 tax return & Wells Fargo check book in name of Kevin Pua |
| A01152147 | Microsoft Word 6.0 diskettes; flash 4 CD ROM |
| A01152148 | 8 wallets |

## ATTACHMENT A

|  | Description |
|---|---|
| A01152149 | 10 handbags |
| A01152150 | Sales receipts |
| A01152152 | 10 handbags |
| A01152153 | 16 handbags |
| A01152154 | 10 handbags |
| A01152155 | 2 wallets, one pair shoes, one hat |
| A01152156 | Hall 8 |
| A01152157 | 18 wallets |
| A01152158 | 4 bags(a); 12 cloth covers(b); 9 handbags© |
| A01152159 | 4 wallets; 3 handbags, to be del to import specialist of CBP |
| A01152160 | 7 handbags in box |
| A01152161 | 19 bags in shipping box |
| A01152162 | 10 bags |
| A01152163 | 10 bags |
| A01152172 | 10 bags |
| A01152173 | 10 bags |
| A01152174 | 10 bags |
| A01152175 | 4 bags, 4 cloth covers |
| A01152176 | 10 bags |
| A01152177 | 20 bags |
| A01152178 | 10 bags |
| A01152179 | 15 bags |
| A01152180 | 9 hats; one wallet, 7 bags, 5 change purses |
| A01152181 | 3 bags; 17 cloth covers; 9 wallets |
| A01152182 | 2 black bags, airline ticket stubs in binder |
| A01152183 | 5 bags |
| A01152184 | 6 bags |
| A01152185 | 30 bags |
| A01152186 | 12 bags |
| A01152187 | 5 bags |
| A01152188 | 8 bags |
| A01152189 | 22 bags, one wallet |
| A01152190 | 20 bags |
| A01152191 | 30 wallets |
| A01152192 | 31 bags |
| A01152193 | 25 wallets |
| A01152194 | 17 bags |
| A01152195 | 6 boxes (one opened by LE) sealed for mailing |
| A01152196 | 35 wallets |

**ATTACHMENT A**

|  | Description |
|---|---|
| A01152197 | 11 wallets, 8 priority UPS boxes sealed for mailing |
| A01152198 | Financial docs and keys |
| A01152199 | Staper, Prada gift cards, Postal receipts, diskettes 1.8mb |
| A01152201 | PO Box and CMRA keys |
| A01152202 | Postal receipts; pay pal acct lists; merchandise order docs |
| A01152203 | One bag and one hat |
| A00286604 | SBC Bill and address labels |
| A00286601 | Two CD-RS, Office Depot shipping slips, & notes |
| A00286606 | One Kinko's box- Abigail Madamba's name w/fabrics |
| A00286696 | Storage device |

**ATTACHMENT B**

| Pallet | Box # | Brand | Type | Style | Count |
|---|---|---|---|---|---|
| **ATTACHMENT B** | | | | | |
| 1 | 1 | Fendi | Handbag | 8BR001 | 60 |
| | 2 | Fendi | Handbag | 8BR001 | 60 |
| | 3 | Fendi | Handbag | 8BR001 | 60 |
| | 4 | Fendi | Handbag | 8BR001 | 60 |
| | 5 | Fendi | Handbag | 8BR001 | 60 |
| | 6 | Fendi | Handbag | 8BR001 | 80 |
| | 7 | Fendi | Handbag | 8BR001 | 80 |
| | 8 | Fendi | Handbag | 8BR001 | 60 |
| | 9 | Fendi | Handbag | 8BR001 | 34 |
| | 10 | Fendi | Handbag | 8BR001 | 58 |
| 2 | 11 | Fendi | Handbag | 8BR000 | 100 |
| | 12 | Fendi | Handbag | 8BR000 | 50 |
| | 13 | Fendi | Handbag | 8BR000 | 58 |
| | 14 | Fendi | Handbag | 8BH104 | 24 |
| | 15 | Fendi | Handbag | 8BR255 | 73 |
| | 16 | Fendi | Handbag | 8BR129 | 50 |
| | 17 | Fendi | Handbag | 8BR129 | 50 |
| | 18 | Fendi | Handbag | 8BR129 | 23 |
| | 19 | Fendi | Handbag | 8BR128 | 50 |
| | | Fendi | Handbag | 8BR264 | 9 |
| | 20 | Fendi | Handbag | 8BR205 | 39 |
| | | Fendi | Handbag | 8BR180 | 2 |
| | | Fendi | Handbag | Travel Bag | 1 |
| 3 | 21 | Fendi | Handbag | 8BR191 | 50 |
| | 22 | Fendi | Handbag | 8BR191 | 25 |
| | | Fendi | Handbag | 8BR205 | 12 |
| | 23 | Fendi | Handbag | 8BR102 | 46 |
| | 24 | Fendi | Handbag | 8BR282 | 55 |
| | | Fendi | Handbag | Messenger Bag | 14 |
| | 25 | Fendi | Handbag | 8BR353 | 25 |
| | 26 | Fendi | Handbag | 8BR353 | 25 |
| | 27 | Fendi | Handbag | 8BR353 | 19 |
| | 28 | Fendi | Handbag | 8BR144 | 50 |

**ATTACHMENT B**

|   |    | Brand          | Type    | Style    |     |
|---|----|----------------|---------|----------|-----|
|   | 29 | Fendi          | Handbag | 8BR036   | 39  |
|   | 30 | Fendi          | Handbag | 8BR181   | 12  |
|   |    | Fendi          | Handbag | 8BR002   | 2   |
|   |    | Fendi          | Handbag | 265660   | 1   |
|   |    | Fendi          | Handbag | 8BR161   | 2   |
|   |    | Fendi          | Handbag | 8BN005   | 7   |
|   |    | Fendi          | Handbag | 8BR182   | 8   |
|   |    | Fendi          | Handbag | 8BR254   | 45  |
| 4 | 31 | Fendi          | Wallet  | 8M0023   | 119 |
|   | 32 | Fendi          | Wallet  | 8M0035   | 132 |
|   | 33 | Fendi          | Wallet  | 8M0021   | 70  |
|   | 34 | Fendi          | Wallet  | 8M0021   | 50  |
|   | 35 | Fendi          | Wallet  | 8M0065   | 70  |
|   | 36 | Fendi          | Wallet  | 8M0065   | 60  |
|   | 37 | Fendi          | Wallet  | 8M0065   | 50  |
|   | 38 | Fendi          | Wallet  | 8M0065   | 70  |
|   | 39 | Fendi          | Wallet  | 8M0065   | 69  |
|   | 40 | Fendi          | Wallet  | 8M0024   | 16  |
|   |    | Fendi          | Wallet  | 8AP050   | 10  |
|   |    | Fendi          | Wallet  | 31011    | 13  |
|   |    | Fendi          | Wallet  | 1339     | 27  |
|   |    | Fendi          | Wallet  | 31134    | 4   |
|   |    | Fendi          | Wallet  | 31098    | 9   |
|   | 41 | Fendi          | Handbag | 26569    | 15  |
|   |    | Fendi          | Handbag | 1339     | 5   |
|   |    | Fendi          | Handbag | 15829    | 6   |
|   | 42 | Fendi          | Handbag | 26569    | 2   |
|   |    | Fendi          | Handbag | 26325    | 8   |
|   |    | Fendi          | Handbag | Brown HB | 10  |
|   | 43 | Fendi          | Handbag | 26424    | 19  |
|   | 44 | Fendi          | Handbag | 16428    | 15  |
| 5 | 45 | Christian Dior | Handbag | SL044010 | 14  |
|   | 46 | Christian Dior | Handbag | SL044010 | 16  |
|   | 47 | Christian Dior | Handbag | SL044010 | 11  |
|   | 48 | Christian Dior | Handbag | SL044010 | 16  |

**ATTACHMENT B**

|   |    |                |         |             |    |
|---|----|----------------|---------|-------------|----|
|   | 49 | Christian Dior | Handbag | SL044010    | 14 |
|   | 50 | Christian Dior | Handbag | SL044010    | 14 |
|   | 51 | Christian Dior | Handbag | SL044010    | 11 |
|   | 52 | Christian Dior | Handbag | SL044010    | 14 |
| 6 | 53 | Christian Dior | Handbag | LOG44109    | 30 |
|   | 54 | Christian Dior | Handbag | LOG44109    | 30 |
|   |    | Christian Dior | Handbag | BLUE HB     | 1  |
|   | 55 | Christian Dior | Handbag | LOG44109    | 21 |
|   | 56 | Christian Dior | Handbag | RV1002      | 42 |
|   | 57 | Christian Dior | Handbag | LOG43214    | 83 |
|   | 58 | Christian Dior | Handbag | SL44001     | 23 |
|   |    | Christian Dior | Handbag | LOG44130    | 6  |
|   |    | Christian Dior | Handbag | BROWN HB    | 5  |
|   |    | Christian Dior | Handbag | LOG44109    | 3  |
|   |    | Christian Dior | Handbag | SL044019    | 4  |
|   | 59 | Christian Dior | Handbag | LOG44129    | 56 |
|   | 60 | Christian Dior | Handbag | SL044012    | 82 |
| 7 | 61 | Christian Dior | Handbag | LOG44130    | 30 |
|   | 62 | Christian Dior | Handbag | LOG44130    | 24 |
|   | 63 | Christian Dior | Handbag | SL044002    | 32 |
|   | 64 | Christian Dior | Handbag | SL044002    | 30 |
|   | 65 | Christian Dior | Wallet  | SL043034/32 | 80 |
|   | 66 | Christian Dior | Wallet  | SL043034/32 | 60 |
|   | 67 | Christian Dior | Wallet  | SL043034/32 | 80 |
|   | 68 | Christian Dior | Wallet  | SL043034/32 | 80 |
|   | 69 | Christian Dior | Wallet  | SL043034/32 | 60 |
|   | 70 | Christian Dior | Wallet  | SL043034/32 | 60 |
|   | 71 | Christian Dior | Wallet  | SL043034/32 | 60 |
|   | 72 | Christian Dior | Wallet  | SL043034/32 | 73 |
|   | 73 | Christian Dior | Wallet  | SL043034/32 | 34 |
|   | 74 | Christian Dior | Wallet  | SL043034/32 | 34 |
|   | 75 | Christian Dior | Wallet  | SL043034/32 | 71 |
|   | 76 | Christian Dior | Wallet  | SL043034/32 | 35 |
| 8 | 77 | Christian Dior | Wallet  | SL043034/32 | 72 |

**ATTACHMENT B**

|   |    |                |         |              |     |
|---|----|----------------|---------|--------------|-----|
|   | 78 | Christian Dior | Wallet  | SL043034/32  | 74  |
|   | 79 | Christian Dior | Wallet  | SL043034/32  | 16  |
|   |    | Christian Dior | Wallet  | SL043025     | 90  |
|   | 80 | Christian Dior | Wallet  | SL043025     | 103 |
|   | 81 | Christian Dior | Wallet  | SL043025     | 34  |
|   |    | Christian Dior | Wallet  | TL43008      | 4   |
|   |    | Christian Dior | Wallet  | TL43035      | 46  |
|   |    | Christian Dior | Wallet  | SL043025     | 30  |
|   | 82 | Christian Dior | Wallet  | SL043025     | 49  |
|   |    | Christian Dior | Wallet  | SL043013     | 100 |
|   | 83 | Christian Dior | Wallet  | SL043013     | 95  |
| 9 | 84 | Gucci          | Handbag | 212792       | 26  |
|   |    | Gucci          | Handbag | 2102         | 95  |
|   | 85 | Gucci          | Handbag | 2127         | 37  |
|   |    | Gucci          | Handbag | 852          | 16  |
|   |    | Gucci          | Handbag | 3449         | 3   |
|   |    | Gucci          | Handbag | 4281         | 15  |
|   |    | Gucci          | Handbag | 32160-3444   | 10  |
|   | 86 | Gucci          | Handbag | 214397       | 64  |
|   | 87 | Gucci          | Handbag | 1103-2123    | 90  |
|   |    | Gucci          | Handbag | 90646        | 14  |
|   | 88 | Gucci          | Handbag | 2214         | 38  |
|   |    | Gucci          | Handbag | 2058         | 45  |
|   | 89 | Gucci          | Handbag | 2058         | 150 |
|   | 90 | Gucci          | Handbag | 2058         | 100 |
|   | 91 | Gucci          | Handbag | 2058         | 80  |
|   | 92 | Gucci          | Handbag | 3735-1018    | 13  |
|   |    | Gucci          | Handbag | 10192-3444   | 36  |
|   | 93 | Gucci          | Handbag | 1147-3444    | 36  |
|   |    | Gucci          | Handbag | 2404         | 1   |
|   |    | Gucci          | Handbag | 1117-2058    | 17  |
|   | 94 | Gucci          | Handbag | 31243-1998   | 30  |
|   |    | Gucci          | Handbag | 213048       | 1   |
|   | 95 | Gucci          | Handbag | 21098-1705   | 16  |
|   |    | Gucci          | Handbag | 1147-3444    | 1   |

**ATTACHMENT B**

| | | | | | |
|---|---|---|---|---|---|
| 10 | 96 | Gucci | Handbag | 0348-200047 | 179 |
| | 97 | Gucci | Handbag | 66926 | 24 |
| | | Gucci | Handbag | 0375-135801 | 5 |
| | | Gucci | Handbag | 1098-3484 | 2 |
| | | Gucci | Handbag | 1098-3444 | 1 |
| | | Gucci | Handbag | 1612-2058 | 3 |
| | 98 | Gucci | Handbag | 203419 | 30 |
| | | Gucci | Handbag | 28566-20047 | 29 |
| | | Gucci | Handbag | 4094-2113 | 23 |
| | 99 | Gucci | Handbag | 1098-1532/27105 | 60 |
| | | Gucci | Handbag | 1098-1532/27105 | 60 |
| | 100 | Gucci | Handbag | 1098-1532/27105 | 60 |
| | 101 | Gucci | Handbag | 1098-1532/27105 | 23 |
| | | Gucci | Handbag | 92646 | 34 |
| | 102 | Gucci | Handbag | 7198-2122 | 160 |
| | 103 | Gucci | Handbag | 1719-1705/1364 | 30 |
| | 104 | Gucci | Handbag | 1719-1705/1364 | 25 |
| | 105 | Gucci | Handbag | 1719-1705/1364 | 30 |
| | 106 | Gucci | Handbag | 1719-1705/1364 | 30 |
| | 107 | Gucci | Handbag | 1719-1705/1364 | 30 |
| | | | | | |
| 11 | 108 | Gucci | Handbag | 1719-1705/1364 | 25 |
| | 109 | Gucci | Handbag | 1719-1705/1364 | 25 |
| | 110 | Gucci | Handbag | 1719-1705/1364 | 25 |
| | 111 | Gucci | Handbag | 1719-1705/1364 | 16 |
| | 112 | Gucci | Handbag | 1719-1705/1364 | 34 |
| | 113 | Gucci | Handbag | 1099-204991/2058 | 43 |
| | 114 | Gucci | Handbag | 0963-2123 | 19 |
| | 115 | Gucci | Handbag | 0538-1669 | 21 |
| | | Gucci | Handbag | 31243-2123 | 21 |
| | | Gucci | Handbag | 1067-1026 | 2 |
| | | Gucci | Handbag | 2000120 | 57 |
| | | | | | |
| 12 | 116 | Gucci | Handbag | 3306-1025 | 65 |
| | 117 | Gucci | Handbag | 1073/74-2123 | 70 |
| | 118 | Gucci | Handbag | 1073/74-2123 | 52 |
| | 119 | Gucci | Handbag | 1073/74-2123 | 40 |

**ATTACHMENT B**

|    |     |       |         |               |    |
|----|-----|-------|---------|---------------|----|
|    | 120 | Gucci | Handbag | 1073/74-2123  | 32 |
| 13 | 121 | Gucci | Handbag | 0453-2122     | 8  |
|    |     | Gucci | Handbag | 3136-200120   | 2  |
|    |     | Gucci | Handbag | 1075-2058     | 1  |
|    |     | Gucci | Handbag | 106250-204990 | 43 |
|    | 122 | Gucci | Handbag | 106240-2214   | 23 |
|    |     | Gucci | Handbag | 1068-3444     | 1  |
|    |     | Gucci | Handbag | 3766-2123     | 2  |
|    | 123 | Gucci | Handbag | 21238         | 12 |
|    |     | Gucci | Handbag | 31244-1988    | 39 |
|    |     | Gucci | Handbag | 14231-2047    | 7  |
|    | 124 | Gucci | Handbag | 28892-2058    | 16 |
|    |     | Gucci | Handbag | 107756-2056   | 6  |
|    |     | Gucci | Handbag | 14204-203998  | 7  |
|    | 125 | Gucci | Handbag | 9081-203419   | 96 |
|    | 126 | Gucci | Handbag | 50813-1553    | 36 |
|    |     | Gucci | Handbag | 1719-1705     | 20 |
|    |     | Gucci | Handbag | 203419        | 6  |
|    | 127 | Gucci | Handbag | 0432-2058     | 31 |
|    | 128 | Gucci | Handbag | MISC          | 33 |
|    | 129 | Gucci | Handbag | 1099-2214     | 5  |
|    |     | Gucci | Handbag | 92543-212792  | 23 |
|    |     | Gucci | Handbag | 27639-200047  | 27 |
|    | 130 | Gucci | Handbag | 813-3754      | 55 |
|    | 131 | Gucci | Handbag | 101292-3444   | 15 |
| 14 | 132 | Gucci | Handbag | 106248-213    | 52 |
|    | 133 | Gucci | Handbag | 1074-2123     | 48 |
|    | 134 | Gucci | Handbag | 1074-2123     | 24 |
|    |     | Gucci | Handbag | 1067-1154     | 6  |
|    | 135 | Gucci | Handbag | 1073-1781     | 13 |
|    |     | Gucci | Handbag | 34339-3444    | 16 |
|    |     | Gucci | Handbag | 1067-1864     | 7  |
|    | 136 | Gucci | Handbag | 32160-200120  | 65 |
|    |     | Gucci | Handbag | 101920-213048 | 12 |
|    | 137 | Gucci | Handbag | 14204-1352    | 18 |

**ATTACHMENT B**

|     |     | Gucci | Handbag | 3306-2045 | 13 |
|-----|-----|-------|---------|-----------|-----|
|     | 138 | Gucci | Hats | 30367-25481 | 134 |
|     |     | Gucci | Handbag | 3386-1705 | 24 |
|     | 139 | Gucci | Handbag | 113011-2214 | 28 |
| 15  | 140 | Gucci | Handbag | 113011-2214 | 18 |
|     |     | Gucci | Handbag | 101920 | 24 |
|     | 141 | Gucci | Handbag | 101920 | 29 |
|     | 142 | Gucci | Misc | Packing Mat. | 0 |
|     | 143 | Gucci | Misc | Packing Mat. | 0 |
|     | 144 | Gucci | Shoes | C9110-1000 | 53 |
|     |     | Gucci | Shoes | B8830-1000 | 1 |
|     | 145 | Gucci | Shoes | G6K10-8470 | 5 |
|     |     | Gucci | Shoes | A9C70-1090 | 4 |
|     | 146 | Gucci | Shoes | G6K10-8470 | 4 |
|     |     |       |         | A9C70-1090 | 11 |
| 16  | 147 | Gucci | Shoes | A9C70-1090 | 39 |
|     | 148 | Gucci | Shoes | A9C70-1090 | 13 |
|     |     | Gucci | Wallet | 7 | 25 |
|     |     | Gucci | Wallet | 2031 | 3 |
|     |     | Gucci | Wallet | 3662 | 23 |
|     |     | Gucci | Wallet | 2888-S | 1 |
|     |     | Gucci | Wallet | 2888-L | 70 |
|     |     | Gucci | Wallet | 429 | 2 |
|     | 149 | Gucci | Wallet | 2888-L | 32 |
|     |     | Gucci | Wallet | 416 | 30 |
|     |     | Gucci | Wallet | 1408 | 31 |
|     |     | Gucci | Wallet | 4276 | 71 |
|     |     | Gucci | Wallet | 09895-5501 | 107 |
|     | 150 | Gucci | Wallet | 21310-5402 | 69 |
|     |     | Gucci | Wallet | 416 | 77 |
|     |     | Gucci | Wallet | 4463 | 58 |
|     | 151 | Gucci | Wallet | 959 | 147 |
|     |     | Gucci | Wallet | 3661-2067 | 30 |
|     |     | Gucci | Wallet | 3661-S | 20 |
|     | 152 | Gucci | Wallet | 3731 | 72 |

**ATTACHMENT B**

|     |     | Brand | Item    | Style     | Qty |
| --- | --- | ----- | ------- | --------- | --- |
|     |     | Gucci | Wallet  | 5479-3661 | 1   |
|     |     | Gucci | Wallet  | 2184      | 4   |
|     |     | Gucci | Wallet  | 2149      | 70  |
|     | 153 | Gucci | Wallet  | 2149      | 210 |
|     | 154 | Gucci | Wallet  | 2149      | 200 |
|     |     |       |         |           |     |
| 17  | 155 | Prada | Handbag | BR0826    | 16  |
|     | 156 | Prada | Handbag | B7372     | 268 |
|     |     | Prada | Handbag | BT0222    | 15  |
|     |     | Prada | Handbag | MV583     | 50  |
|     |     | Prada | Handbag | B7338     | 26  |
|     |     | Prada | Handbag | BR1269    | 15  |
|     |     | Prada | Handbag | B7792     | 13  |
|     | 158 | Prada | Handbag | BR1267    | 240 |
|     | 159 | Prada | Handbag | BL0106    | 14  |
|     | 160 | Prada | Handbag | BT0172    | 43  |
|     |     | Prada | Handbag | BR0415    | 6   |
|     | 161 | Prada | Handbag | BT0326    | 45  |
|     |     | Prada | Handbag | B2811     | 9   |
|     | 162 | Prada | Handbag | BR1267    | 169 |
|     |     | Prada | Handbag | MISC      | 3   |
|     |     | Prada | Handbag | V0218     | 5   |
|     |     | Prada | Handbag | BN0329    | 3   |
|     | 163 | Prada | Handbag | B2811     | 39  |
|     | 164 | Prada | Handbag | MV519/515 | 178 |
|     | 165 | Prada | Handbag | MV519/515 | 160 |
|     | 166 | Prada | Handbag | MV519/515 | 160 |
|     |     |       |         |           |     |
| 18  | 167 | Prada | Handbag | MV519/515 | 164 |
|     | 168 | Prada | Handbag | MV519/515 | 180 |
|     | 169 | Prada | Handbag | MV519/515 | 131 |
|     | 170 | Prada | Handbag | BR1043    | 53  |
|     | 171 | Prada | Handbag | BR1043    | 50  |
|     | 172 | Prada | Handbag | BR1550    | 12  |
|     |     | Prada | Handbag | B7339     | 26  |
|     |     | Prada | Handbag | B7372     | 94  |
|     | 173 | Prada | Handbag | BL0095    | 15  |

**ATTACHMENT B**

|    |     |       |         |        |     |
|----|-----|-------|---------|--------|-----|
|    | 174 | Prada | Handbag | BR0848 | 35  |
|    |     | Prada | Handbag | VA0053 | 34  |
|    |     | Prada | Handbag | BR1060 | 17  |
|    | 175 | Prada | Handbag | BZ0001 | 50  |
|    | 176 | Prada | Handbag | MV602  | 60  |
|    |     | Prada | Handbag | BR8495 | 3   |
|    |     | Prada | Handbag | MV348  | 29  |
|    |     | Prada | Handbag | B6671  | 6   |
|    | 177 | Prada | Handbag | BZ0001 | 24  |
|    |     | Prada | Handbag | BZ0003 | 42  |
|    | 178 | Prada | Handbag | BZ0003 | 20  |
|    |     | Prada | Handbag | BT0050 | 12  |
|    |     | Prada | Handbag | BR1065 | 17  |
| 19 | 179 | Prada | Handbag | BR0412 | 20  |
|    |     | Prada | Handbag | BN0337 | 2   |
|    |     | Prada | Handbag | BR1254 | 7   |
|    |     | Prada | Handbag | BR1550 | 7   |
|    |     | Prada | Handbag | B7339  | 21  |
|    | 180 | Prada | Handbag | B7372  | 72  |
|    |     | Prada | Handbag | BT0171 | 3   |
|    | 181 | Prada | Handbag | B7339  | 19  |
|    | 182 | Prada | Handbag | BT1023 | 10  |
|    |     | Prada | Handbag | BT1023 | 150 |
|    | 183 | Prada | Handbag | MV633  | 164 |
|    | 184 | Prada | Handbag | MV633  | 130 |
|    | 185 | Prada | Wallet  | M170A  | 20  |
|    |     | Prada | Wallet  | M201   | 14  |
|    |     | Prada | Wallet  | M523   | 5   |
|    |     | Prada | Wallet  | M605A  | 15  |
|    |     | Prada | Wallet  | M605A  | 10  |
|    |     | Prada | Wallet  | M608A  | 32  |
|    | 186 | Prada | Wallet  | M222C  | 212 |
|    | 187 | Prada | Wallet  | M506A  | 53  |
|    |     | Prada | Wallet  | M506   | 55  |
| 20 | 188 | Prada | Handbag | BR0830 | 35  |

**ATTACHMENT B**

|    | 189 | Prada     | Handbag | BR0830     | 41  |
|----|-----|-----------|---------|------------|-----|
|    | 190 | Prada     | Handbag | BR0830     | 28  |
|    | 191 | Prada     | Wallet  | M5222A     | 67  |
|    |     | Gucci     | Wallet  | 881-5-2129 | 21  |
|    |     | Gucci     | Wallet  | 880-5-2356 | 3   |
|    |     | Gucci     | Wallet  | 889-R-5408 | 2   |
|    |     | Gucci     | Wallet  | 2249-R-5408| 11  |
|    |     | Gucci     | Wallet  | 74210R     | 4   |
|    |     | Gucci     | Hat     | Hat        | 56  |
|    | 192 | Prada     | Shoes   | Shoes      | 8   |
|    | 193 | Prada     | Shoes   | Shoes      | 6   |
|    | 194 | Prada     | Shoes   | Shoes      | 10  |
|    | 195 | Prada     | Shoes   | Shoes      | 8   |
| 21 | 196 | Armani    | Suit    | Suit       | 47  |
|    | 197 | Armani    | Suit    | Suit       | 47  |
|    | 198 | Ferragamo | Wallet  | 22-2410    | 49  |
|    | 199 | Ferragamo | Wallet  | 22-2410    | 84  |
|    | 200 | Ferragamo | Wallet  | 22-2410    | 33  |
|    | 201 | Ferragamo | Wallet  | 22-0120    | 38  |
|    | 202 | Tods      | Handbag | Brown      | 10  |
|    | 203 | Tods      | Handbag | Red        | 9   |
|    | 204 | Burberry  | Handbag | T-02-01    | 15  |
| 22 | 205 | Burberry  | Handbag | T-02-01    | 3   |
|    |     | Burberry  | Handbag | 113753     | 19  |
|    | 206 | Burberry  | Handbag | T-02-01    | 41  |
|    | 207 | Burberry  | Handbag | T-02-01    | 104 |
|    |     | Burberry  | Handbag | 117271     | 35  |
|    | 208 | Gucci     | Suit    | Suit       | 26  |
|    | 209 | Prada     | Handbag | MV340      | 38  |
|    |     | Prada     | Handbag | MV21       | 25  |
|    | 210 | Gucci     | Belts   | Belts      | 30  |
|    |     | Gucci     | Belts   | Belts      | 18  |
|    | 211 | Versace   | Belts   | Belts      | 298 |
|    |     | Versace   | Buckles | Buckles    | 194 |
|    | 212 | Prada     | Sweater | Sweater    | 27  |

**ATTACHMENT B**

|    |     |                |                 |                 |       |
|----|-----|----------------|-----------------|-----------------|-------|
|    |     | Armani         | Sweater         | Sweater         | 8     |
|    | 213 | Gucci          | Cell Phone Strap| Cell Phone Strap| 1500  |
|    | 214 | Various        | Packing Mat.    | Packing Mat.    | 0     |
| 23 | 215 | Versace        | Sunglasses      | Sunglasses      | 106   |
|    | 216 | Versace        | Sunglasses      | Sunglasses      | 100   |
|    | 217 | Dolce&Gabbana  | Sunglasses      | Sunglasses      | 22    |
|    |     | Nike           | Sunglasses      | Sunglasses      | 2     |
|    |     | Various        | Packing Mat.    | Packing Mat.    | 0     |
|    | 218 | Gucci          | Sunglasses      | Sunglasses      | 171   |
|    | 219 | Misc           | Handbag         | Handbag         | 8     |
|    |     | Misc           | Wallet          | Wallet          | 3     |
|    |     |                |                 | (Sub Total)     | 16308 |
|    |     | Empty Boxes    |                 |                 | 20    |
| 24 |     | Empty Boxes    |                 |                 | 50    |
| 25 |     | Empty Boxes    |                 |                 | 40    |
| 26 |     | Empty Boxes    |                 |                 | 50    |
| 27 |     | Empty Boxes    |                 |                 | 41    |
|    |     |                |                 |                 | 201   |

Piece Count = 16,308

Empty Boxes = 201